JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **EDCV 25-0063 JGB (DTBx)** | Date | January 28, 2026 |
|---|---|---|---|
| Title | ***Tevon Gladden v. Schoolsfirst Federal Credit Union, et al.*** | | |

Present: The Honorable    JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**    **Order (1) DISMISSING Case Without Prejudice (IN CHAMBERS)**

Before the Court is a notice by Defendant informing the Court that Plaintiff has failed to file notice of retaining new counsel or intent to proceed pro se.  (Dkt. No. 47.)  In its December 3, 2025, order, the Court warned Plaintiff that failure to provide such notice by January 2, 2026, may result in dismissal without prejudice.  (Dkt. No. 45.)  Having failed to provide such notice, the Court **DISMISSES** Plaintiff's case without prejudice.  The Clerk is directed to close the case.

**IT IS SO ORDERED.**